👉 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CRIM 987**

- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

v.

ANIS FAROOQI,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

*JUDGE PATTERSON*

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             October 12, 2007

                                     MICHAEL J. GARCIA
                                     United States Attorney

                 By:   _____
                           Michael M. Rosensft
                           Assistant United States Attorney

                     AGREED AND CONSENTED TO:

                 By:   _____
                           Peggy Cross, Esq.
                           Attorney for Anis Farooqi

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
         10/16/07
```

10/16/07     WHEEL A

TOTAL P.02