**JUDGE PATTERSON**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         -v.-                       :      07 Cr.
                                    :
ANIS FAROOQI,                       :
                                    :
         Defendant.                 :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**07 CRIM 987**

     The above-named defendant, who is accused of violating Title 18, United States Code, Sections 513 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                 _____
                                 Defendant

                                 _____
                                 Witness

                                 _____
                                 Counsel for Defendant

Date:     New York, New York
           October 25, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 25 2007