JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :    INFORMATION
         - v. -                 :
                                :    07 Cr.
ANIS FAROOQI,                   :
                                :    07 CRIM
         Defendant.             :
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From on or about May 3, 2007, through on or about June 8, 2007, in the Southern District of New York and elsewhere, ANIS FAROOQI, the defendant, unlawfully, willfully, and knowingly, did make, utter, and possess a counterfeit security of a State and a political subdivision thereof and of an organization, and did make, utter, and possess a forged security of a State and a political subdivision thereof and of an organization, with intent to deceive another person, organization, and government, to wit, FAROOQI sold counterfeit checks totaling approximately $29,620 to another individual.

(Title 18, United States Code, Sections 513 and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 25 2008

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANIS FAROOQI,

Defendant.

### INFORMATION

07 Cr.

(18 U.S.C. §§ 513 & 2)

MICHAEL J. GARCIA
United States Attorney.

Foreperson.

10/25/07 Deft present w/ atty Cross. AUSA Rosencraft present. Deft appears + is arraigned on the information. Deft enters plea of not guilty, Court accepts plea. Schedule set: discovery by 11/15/07, motions by 12/14/07, reply 12/28/07, argument 1/2/08 at 4PM. All time excluded, 10J, thru 1/2/08. Defendants bail is continued.

Patterson J.