

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

July 10, 2008

RECEIVED
JUL 11 2008
CHAMBERS OF
JUDGE ROBT. P. PATTERSON

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Anis Farooqi**
    07 Cr. 987 (RPP)

Dear Judge Patterson:

With the consent of the government, I write on behalf of my client, Anis Farooqi, to request an adjournment of his sentencing currently scheduled for Tuesday July 15 at 4:00.

As the Court may be aware, Mr. Farooqi needs surgery on each of his eyes. Unfortunately, the scheduling of the surgeries has been complicated by Mr. Farooqi's other health problems, especially his diabetes. His doctors finally have cleared him for the surgeries. One is scheduled for the week of July 14 and on the other will take place approximately fifteen days later. In light of these surgeries, I ask the Court to adjourn Mr. Farooqi's sentencing for approximately one month.

Assistant United States Attorney Michael Rosensaft consents to this request on behalf of the government. For scheduling purposes, I note that I will be out of town from August 1 until August 12.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

*Application granted. Sentencing adjourned to 8/19/08 at 4PM.*
*So ordered.*
*R.P. Patterson 7/11/08*

cc: AUSA Michael Rosensaft (via facsimile)

TOTAL P.002